# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE EZELL, | Case No. CV 17-4970-DMG (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL MCDOWELL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

DATED: December 29, 2017

DOLLY M. GEE
United States District Judge